TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00358-CV

Jonnie Peck and the Estate of John Robert Peck, Appellants

v.

Marsha Staats, M.D., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 96-11840-B, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Because appellants Jonnie Peck and the Estate of John Robert Peck have neither
paid nor made arrangements to pay for the clerk's record, we will dismiss this appeal for want of
prosecution. See Tex. R. App. P. 35.3(a)(2).

 The Clerk of this Court filed appellants' Notice of Appeal on May 16, 2000. By
letter dated August 3, 2000, the Clerk of this Court notified the district clerk's office of Travis
County that the clerk's record was overdue. Notice was received from the district clerk's office
on August 9, 2000 that the clerk's record had not been paid for, nor had arrangements for payment
been made.

 By letter dated October 3, 2000, appellants were requested to submit a status report
regarding this matter by October 18, 2000 and were informed that failure to respond to this request
would result in this appeal being dismissed for want of prosecution. Thus far, appellants have
failed to respond to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Kidd and Yeakel

Dismissed for Want of Prosecution

Filed: November 9, 2000

Do Not Publish